# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

GENE HARRISON, JR., )
)
    Plaintiff, )
)
v. ) CASE NO. CV415-211
)
CHATHAM COUNTY SHERIFF'S )
DEPARTMENT, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which objections have been filed (Doc. 6). After a careful de novo review of the record in this case, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

In his objections, Plaintiff makes the general allegation that he was retaliated against based on his refusal to ignore his fellow correction officers' mistreatment of inmates. (Doc. 6 at 1.) In addition, Plaintiff contends that his ability to secure another position in law enforcement is generally hindered by his

discharge, despite his strong desire and continuous vocational training. (Id.) Plaintiff's statements and actions, if true, are certainly laudable. However, they do not serve to rescue his complaint, which alleges employment discrimination based on his race. (Doc. 1.) Nothing in Plaintiff's objections has cured the deficiencies identified in the report and recommendation, requiring that his case be dismissed.

SO ORDERED this **30th** day of November 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA